No. 1285.  SHEW *v.* UNITED STATES.  June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.  *Raymond Kyle Hayes* and *J. Allie Hayes* for petitioner.

No. 1304.  RICHMOND SCREW ANCHOR CO., INC. *v.* WALLING, WAGE & HOUR ADMINISTRATOR.  June 10, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.  *E. John Ernst, Jr.* and *Julius L. Goldstein* for petitioner.

No. 1040.  GREEN *v.* OKLAHOMA.  June 10, 1946.  Petition for writ of certiorari to the Criminal Court of Appeals of Oklahoma denied.  *F. E. Riddle* for petitioner.

No. 1124.  SCHREFFLER, DOING BUSINESS AS SCHREFFLER STEEL & SUPPLY CO., ET AL. *v.* BOWLES, PRICE ADMINISTRATOR.  June 10, 1946.  Porter substituted for Bowles. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied.  *Byron G. Rogers* for petitioners.  *Solicitor General McGrath* and *Milton Klein* for respondent.

No. 916.  SAUNDERS *v.* WILKINS.  June 10, 1946.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied.  MR. JUSTICE DOUGLAS is of the opinion that the petition should be granted.  *Moss A. Plunkett* and *Arthur Dunn* for petitioner.  *Osmond K. Fraenkel* and *John F. Finerty* filed a brief for the American Civil Liberties Union, as *amicus curiae,* in support of the petition.